**Jerome WILSON, Respondent,**

v.

**TOUSLEY FORD, and Superior Employers Plan, Relators,**

and

**MN Dept. of Economic Security, Medica Choice by HRI, Intervenors.**

No. C6–98–619.

Supreme Court of Minnesota.

July 9, 1998.

Mark A. Fonken, Gregory R. Broos, Jardine, Logan & O'Brien, P.L.L.P., St. Paul, for relators.

William R. Hauck, Thill Law Firm, P.A., Minneapolis, for respondent.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of

Appeals filed March 9, 1998, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:

/s/ James H. Gilbert
James H. Gilbert
Associate Justice